

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00047-CV

| | | |
|---|---|---|
| Nexion Health at North Richland Hills, Inc. d/b/a Green Valley Healthcare and Rehabilitation Center and Nexion Health Management, | § | From the 67th District Court |
| Inc. d/b/a Green Valley Healthcare and Rehabilitation Center | § | of Tarrant County (067-271867-14) |
| v. | § | June 18, 2015 |
| Stephanie Street-Larson, Individually and as Representative of the Estate of Alvia Bledsoe, Deceased | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order.  It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Nexion Health at North Richland Hills, Inc. d/b/a Green Valley Healthcare and Rehabilitation Center and Nexion Health Management, Inc. d/b/a Green Valley Healthcare and Rehabilitation Center shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Lee Ann Dauphinot_____
       Justice Lee Ann Dauphinot